COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 July 30, 2015
 No. 10-15-00259-CV
 IN RE BRENDA COLLINS AND DENNIS EUGENE COLLINS
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Brenda Collins and Dennis Eugene Collins has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.
 It is further ordered that the Texas Department of Family and Protective Services is awarded judgment against Brenda Collins and Dennis Eugene Collins, jointly and severally, for the Texas Department of Family and Protective Services's costs that were paid, if any, by the Texas Department of Family and Protective Services; and all unpaid appellate court cost, if any, is taxed against Brenda Collins and Dennis Eugene Collins, jointly and severally.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk